UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

|  |  |  |
|---|---|---|
| CAROLYN COUSINS, <u>et al.</u>, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 09-1677 (RWR) |
| | ) | |
| DISTRICT OF COLUMBIA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons set forth in the accompanying memorandum opinion, it is hereby

ORDERED that the plaintiffs' motion [11] for summary judgment, be, and hereby is, GRANTED.  It is further

ORDERED that the District of Columbia's cross-motion [13] for summary judgment be, and hereby is, DENIED.  It is further

ORDERED that the hearing officer's decision is REVERSED and REMANDED for further proceedings not inconsistent with this opinion.  This is a final, appealable order.

SIGNED this 31st day of July, 2012.

 /s/
RICHARD W. ROBERTS
United States District Judge